ACCEPTED
01-14-00809
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 12:00:00 AM
CHRISTOPHER PRINI
CLERK

No. 01-14-00809-CR

IN THE

# Court of Appeals
# For the First Judicial District of Texas
# At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 10:49:00 AM
CHRISTOPHER A. PRINE
Clerk

_____

# RODYS A. SANCHEZ,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

_____

Cause number 1400848
In the 263rd Judicial District Court
Of Harris County, Texas

_____

# *Motion to Withdraw as Counsel for Appellant*

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Kelly Ann Smith, appointed counsel for the appellant, under TEX. R. APP. P. 6.5, moves to withdraw from representing the Appellant. In support of her motion, counsel submits the following:

(A)    The Honorable Jim Wallace, presiding judge of the 263rd District Court in Harris County, Texas, appointed counsel to represent the Appellant on appeal.

(B) Attorney Cory Roth contacted counsel and informed her that the Appellant had retained Roth to represent the Appellant in the court of appeals, and he wished to substitute as counsel for the Appellant.

(C) The substitute attorney's name, mailing address, telephone number, fax number, and State Bar of Texas identification number are as follows: Cory Roth
4306 Montrose Boulevard, Suite 240
Houston, Texas 77006
Telephone# 713.864.3400
Fax# 713.864.6413
State Bar of Texas #24088337

(D) A copy of this motion has been delivered to the Appellant by certified and by first-class mail at the Appellant's last known address:

Rodys A. Sanchez
TDCJ # 01955024
Eastham Unit
2665 Prison Road #1
Lovelady, TX 75851

Respectfully submitted,

__/s/__ **Kelly Smith**_____
KELLY ANN SMITH

**CERTIFICATE OF COMPLIANCE & SERVICE**

Pursuant to TEX. R. APP. P. 9.5 & 9.4, this certifies that this document contains 299 words and a copy of the foregoing was served on the State at the following address: Devon Anderson, District Attorney, 1201 Franklin, 6th Floor, Houston, Texas  77002 and Cory Roth 4306 Montrose Boulevard, Suite 240 Houston, Texas 77006.

__/s/__ **KellySmith**_____
KELLY ANN SMITH
Texas Bar No. 00797867
P.O. Box 10751 Houston, TX
77206 281-734-0668
Kelly.A.Smith.06@gmail.com

2